

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00496-CV

**IN THE INTEREST OF M.A.S.L.** and K.J.L., Children

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01773
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's order terminating appellant Manuel L.'s parental rights to M.A.S.L. and K.J.L. is REVERSED. We RENDER judgment denying the Texas Department of Family and Protective Services' petition to terminate appellant's parental rights to M.A.S.L. and K.J.L. Because appellant is indigent, no costs are assessed.

SIGNED December 19, 2018.

Luz Elena D. Chapa, Justice